[No. 49899-1-I.   Division One.   March 1, 2004.]

SNOHOMISH COUNTY, *Plaintiff*, YASMIN HAWKINS, *Appellant*, v. WILLIAM HARNECKER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-08847-5, Richard J. Thorpe, J., entered December 19, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Grosse, J. Now published at 121 Wn. App. 505.

[No. 51150-5-I.   Division One.   March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE CANTRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08795-5, Philip G. Hubbard, Jr., J., entered August 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 51180-7-I.   Division One.   March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY K. DUKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08533-4, Catherine D. Shaffer, J., entered September 27, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 51661-2-I.   Division One.   March 1, 2004.]

RON DEQUILETTES, ET AL., *Appellants*, v. DOROTHEY MAE MOFFAT, *as Personal Representative*, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, No. 99-2-07180-6, Thomas J. Wynne, J., entered December 30, 2002 and January 10, 2003. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.